**James Edward SPENCER,
Plaintiff–Appellant,**

v.

**Troy KING, Governor Bob Riley, Gene
Mitchell, Charles Andrews, Christo-
pher Murphy, Ted E. Sexon, et al.,
Defendants–Appellees.**

**No. 09–10618
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 16, 2009.

James Edward Spencer, pro se.

Before TJOFLAT, EDMONDSON and CARNES, Circuit Judges.

PER CURIAM:

James Edward Spencer, a *pro se* prisoner, appeals the district court's dismissal of his 42 U.S.C. § 1983 complaint for failure to state a claim upon which relief could be granted. Although we construe *pro se* filings liberally, Spencer's appeal gives us very little to work with. Even assuming that Spencer has sufficiently raised any issues, his arguments all lack merit. The district court's order adopted the magistrate judge well-reasoned report and recommendation that rejected Spencer's multitude of arguments. We affirm for the reasons stated in that report and recommendation.

**AFFIRMED.**